## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JENNIFER AXSOM,**

     **Plaintiff,**

**v.**                   **Case No.:**

**ISLA DEL SOL YACHT
& COUNTRY CLUB, INC.,**

     **Defendant.**

_____/

## NOTICE OF REMOVAL

Please take notice that in accordance with 28 U.S.C. § 1331, 28 U.S.C. § 1441(a), and 28 U.S.C. § 1446, Defendant ISLA DEL SOL YACHT & COUNTRY CLUB, INC., by and through the undersigned counsel, hereby removes to this Court the following action, currently pending in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida: *Jennifer Axsom v. Isla Del Sol Yacht & Country Club*, Case No. 19-002608-CI. As grounds for removal of this action, Defendant states as follows:

1.      On April 16, 2019, Plaintiff filed a Complaint and Demand for Jury Trial against Defendant in the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida. On this same date, the undersigned waived service on this original Complaint on behalf of, and with the permission of the Defendant. In accordance with 28 U.S.C. § 1446(a), a copy of the entire state court file is attached hereto as Exhibit A.

2.      The above-styled action arises from Ms. Axsom's employment with Isla Del Sol Yacht & Country Club, Inc. from September 2011 until October 8, 2018[1] [Comp. ¶ 9].

3.      This Court has original jurisdiction over the above-styled action under 28 U.S.C. 1441(a).

4.      Removal of the above-styled action is proper under 28 U.S.C. § 1331, because Plaintiff alleges violation of two federal statutes in her Complaint.

5.      Since fewer than thirty (30) days have passed since April 16, 2019, the date on which Defendant waived service of the Complaint by and through the undersigned, this Notice of Removal is timely filed under 28 U.S.C. 1446(b).

6.      In accordance with 28 U.S.C. § 1446(d), Defendant served Plaintiff with a Notice of Filing of Notice of Removal, filed contemporaneously in the Circuit Court for Pinellas County, Case No. 19-002608-CI. A copy of this Notice of Filing is attached hereto as Exhibit B.

**FEDERAL QUESTION JURISDICTION**

7.      Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8.      Further, "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant." 28 U.S.C. § 1441(a).

---

[1] While Plaintiff alleges that her employment was terminated on October 8, 2018, the decision to terminate Ms. Axsom's employment with Isla Del Sol Yacht & Country Club was not made until October 10, 2018.

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD ·  SUITE 400 ·  TAMPA, FLORIDA 33607 ·  (813) 289-9300 ·  (813) 286-2900 FAX

9.     To determine whether jurisdiction is present for removal, this Court must consider the claims in the state court petition as they existed at the time of removal. *See Cavallini v. State Farm Mut. Auto Ins. Co.*, 44 F.3d 256, 264 (5th Cir. 1995); *see also Dorsch v. Pilatus Aircraft Ltd.,* No. 8:11-CV-441-T-17MAP, 2012 U.S. Dist. LEXIS 61207 (M.D. Fla. May 2, 2012).

10.     In her Complaint, Plaintiff asserts three counts:

a)  Interference under the Family Medical Leave Act of 1993, as amended, 29 U.S.C. § 2601 *et seq.*, in violation of 29 U.S.C. § 2615(a)(1) and 29 C.F.R. § 825.220;

b)  Retaliation under the Family Medical Leave Act of 1993, as amended, 29 U.S.C. § 2601 *et seq.*, in violation of 29 U.S.C. § 2615(a)(1) and 29 C.F.R. § 825.220 (c);

c)  Violation of the Stored Communications Act (SCA), 18 U.S.C. § 2701 *et seq.*

11.     Because Plaintiff only seeks relief under the FMLA and the SCA, which are both federal statutes, this Court has original federal question jurisdiction over this action under 28 U.S.C. § 1331.

## CONCLUSION

Removal is proper under 28 U.S.C. § 1441(a), because the above-styled action falls within this Court's original jurisdiction under 28 U.S.C. §1331. Moreover, venue is proper in the United State District Court for the Middle District of Florida, because Plaintiff filed her original Complaint in the Florida Circuit Court in and for Pinellas County, Florida. Finally, Defendant Isla Del So Yacht & Country Club, Inc. has timely filed this Notice and has otherwise met all procedural requirements for removal. For all of the foregoing reasons, Isla Del So Yacht & Country Club, Inc. respectfully requests that this Court accept jurisdiction over the above-styled action under 28 U.S.C. § 1331 and conduct all further proceedings in this case.

Dated this 6th Day of May, 2019.

Respectfully submitted,


s/ Elisabeth A Fontugne
BRIAN D. RUBENSTEIN
Florida Bar No:  16997
ELISABETH A FONTUGNE
Florida Bar No.:  115954
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Isla Del So Yacht &
Country Club, Inc.*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail:
Brian.Rubenstein@csklegal.com
Secondary e-mail:
Elisabeth.Fontugne@csklegal.com

4
**COLE, SCOTT & KISSANE, P.A.**

Alternate e-mails:
Patricia.Toney@csklegal.com
Hollis.Simmons@csklegal.com

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD - SUITE 400 - TAMPA, FLORIDA 33607 - (813) 289-9300 - (813) 286-2900 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2019, I filed a true and correct copy of the foregoing document with the Clerk of Court. I also certify that a true and accurate copy of the foregoing document has been furnished via e-mail to Counsel of record for Plaintiff,  Jay P. Lechner, Esq. and William J. Sheslow, Esq., c/o Whittel & Melton, P.A., 11020 Northcliffe Blvd., Spring Hill, Florida 34608, (352) 683-2016 (T), (352) 600-7533 (F), lechnerj@theFLlawfirm.com;    will@theFLlawfirm.com;    nichole@theFLlawfirm.com; pls@theFLlawfirm.com; pleadings@theFLlawfirm.com, attorneys for Plaintiff.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Isla Del Sol Yacht*
*& Country Club, Inc.*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9324
Facsimile (813) 286-2900
Primary e-mail: Brian.Rubenstein@csklegal.com
Secondary e-mail:
Elisabeth.Fontugne@csklegal.com
Alternate e-mails:
Patricia.Toney@csklegal.com
Hollis.Simmons@csklegal.com


By:  s/ Elisabeth A Fontugne
BRIAN D. RUBENSTEIN
Florida Bar No.: 16997
ELISABETH A FONTUGNE
Florida Bar No.:  115954

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD · SUITE 400 · TAMPA, FLORIDA 33607 · (813) 289-9300 · (813) 286-2900 FAX